# EXHIBIT A

## VIDEO IN AID OF SENTENCING

## [SEPARATELY FILED PURSUANT TO

## LOCAL RULE 49(e)(1)]