# EXHIBIT B

# Memorandum From Supervisory U.S. Probation Officer Tricia Marcy



# Memorandum

To:     AFPD Timothy Watkins

From:   Tricia Marcy, Supervisory United States Probation Officer

Date:   July 11, 2024

Re:     Intermittent Confinement

---

In response to your inquiry about intermittent confinement, I provide the following summary of the process:

Under 18 U.S.C. § 3563(b)(10), the Court may provide that the defendant "remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling no more than the lesser of one year or the term of imprisonment authorized for the offense, during the first year of the term of probation or supervised release."

The Bureau of Prisons has advised that it cannot impose a custodial sentence intermittently, unless it is ordered as a special condition of supervision. If the Court orders intermittent confinement as a condition of supervision, a referral packet (including the Court's order of intermittent confinement, the judgment, and the presentence report) is submitted to the Bureau of Prisons. The Bureau of Prisons then sends this information to the Residential Reentry Management field office in New York (due to the condition of intermittent confinement) as they would be responsible for the defendant's placement at a local jail (with which the Bureau of Prisons has a contract).  The Bureau of Prisons has advised that, if deemed appropriate given the defendant's security level, the defendant could be designated to a Residential Reentry Center (RRC), such as Coolidge House. The Bureau of Prisons further advised that if a local jail and/or RRC is unavailable, the defendant would be sent to the nearest Bureau of Prisons' facility.

Additionally, an issue may arise with respect to the crediting of time spent at the designated facility unless the Court's intention is made clear. The Court may decide to order that the defendant enter and leave the facility at certain times. The Bureau of Prisons has confirmed that a defendant receives one day of credit for any portion of a day spent in custody. So, if a defendant enters the facility on Friday evening and leaves on Sunday evening, the defendant receives three days of credit, even though the defendant may have only served 48 hours in the facility.

1